■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE R. JONES, Appellant. [849 NYS2d 870]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered June 15, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ In the Matter of CHUNG L., Petitioner, v SOTHEA N., Respondent. ROBERT A. DiNIERI, as Law Guardian, Appellant. [849 NYS2d 870]—Appeal from an order of the Family Court, Wayne County (Stephen R. Sirkin, J.), entered April 5, 2007 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, dismissed the petition for a change of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ In the Matter of MARY L.R., Respondent, v VERNON B., Appellant. [849 NYS2d 816]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered November 3, 2006 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, directed that respondent have no visitation with the children while he is incarcerated.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Respondent father appeals, as limited by his notice of appeal and brief, from that part of an order directing, sua sponte, that he have no visitation with the children while he is incarcerated. "[N]o appeal lies as of right from an order [that] does not decide a motion made on notice," and the father did not seek leave to appeal (*Matter of Davis v Venditto*, 45 AD3d 837, 838 [2007]; *see* CPLR 5701 [a] [2]; [c]; *Sholes v Meagher*, 100 NY2d 333, 335 [2003]). Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.